**DISMISS and Opinion Filed July 22, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00778-CV

**MARIA YSABEL ASENSO-LOPEZ AND BENJAMIN GOMEZ, Appellants**
**V.**
**SS CONSTRUCTION D/B/A SABASTIAN SOTO, Appellee**

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-11684**

## MEMORANDUM OPINION

Before Justices Moseley, O'Neill, and FitzGerald
Opinion by Justice Moseley

Before the Court is appellee's motion to dismiss the appeal. Appellee contends the appeal should be dismissed because appellants' notice of appeal was untimely. Appellants did not file a response.

If an appellant timely files a motion for new trial, the notice of appeal is due ninety days after the date the judgment is signed. *See* TEX. R. APP. P. 26.1(a). An extension of time may be granted if an appellant files a notice of appeal within fifteen days of the deadline and then files a motion complying with rule of appellate procedure 10.5(b). *See* TEX. R. APP. P. 26.3. Without a timely filed notice of appeal, this Court lacks jurisdiction. *See* TEX. R. APP. P. 25.1(b).

The judgment was signed on February 3, 2014. Appellants filed a timely motion for new trial on February 28, 2014. *See* TEX. R. CIV. P. 329b(a). Accordingly, the notice of appeal was due on Monday, May 5, 2014. Appellants filed their notice of appeal on June 16, 2014. The

notice of appeal was untimely filed and outside of the period of time for obtaining an extension. Accordingly, this Court lacks jurisdiction.

We grant appellee's motion and dismiss the appeal. *See* TEX. R. APP. P. 42.3(a).

/Jim Moseley/
JIM MOSELEY
140778F.P05                                                  JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

MARIA YSABEL ASENSO-LOPEZ AND
BENJAMIN GOMEZ, Appellants

No. 05-14-00778-CV        V.

SS CONSTRUCTION D/B/A
SABASTIAN SOTO, Appellee

On Appeal from the 116th Judicial District
Court, Dallas County, Texas.
Trial Court Cause No. DC-12-11684.
Opinion delivered by Justice Moseley.
Justices O'Neill and FitzGerald,
participating.

        In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.


        It is **ORDERED** that appellee, SS CONSTRUCTION D/B/A SABASTIAN SOTO, recover its costs of this appeal from appellants, MARIA YSABEL ASENSO-LOPEZ AND BENJAMIN GOMEZ.


Judgment entered this 22nd day of July, 2014.